# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JONETTE RAIN<br>      and<br>PATRICIA REITZI<br><br>        Plaintiffs,<br><br>                 v.<br>REEF GLOBAL, INC. and REEF GLOBAL, INC. d/b/a REPUBLIC PARKING SYSTEM, LLC<br><br>        Defendants. | Civil Action No. 1:24-cv-01942-YK |

## RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant, Republic Parking System, LLC (improperly captioned, "Reef Global, Inc. and Reef Global, Inc. d/b/a Republic Parking System, LLC"), by and through its undersigned counsel, hereby states that it is a wholly owned subsidiary of Imperial Parking (U.S.), LLC, a privately held company.  No publicly traded entity owns 10% of more of the stock of Republic Parking System, LLC or Imperial Parking (U.S.), LLC.

                                              Respectfully submitted,

                                              **JACKSON LEWIS P.C.**

Date: June 26, 2025                  */s/ Timothy M. McCarthy*
                                              Timothy M. McCarthy Esq. (PA No.: 319308)
                                              Samantha R. Reiter (Pa. No. 336102)
                                              1601 Cherry Street, Suite 1350
                                              Philadelphia, PA 19103
                                              Telephone: (267) 319-7802
                                              Timothy.McCarthy@jacksonlewis.com
                                              Samantha.Reiter@jacksonlewis.com

                                              ***Attorneys for Defendant***

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 26, 2025, a true and correct copy of Defendant's Corporate Disclosure Statement was served via the Court's electronic filing system upon all counsel of record.

Dated: June 26, 2025

**JACKSON LEWIS P.C.**

*/s/ Timothy M. McCarthy*
Timothy M. McCarthy Esq.
Samantha R. Reiter, Esq.
Jackson Lewis, P.C.
Three Parkway
1601 Cherry Street, Suite 1350
Philadelphia, PA 19102
T: (267) 319-7802
Timothy.McCarthy@jacksonlewis.com
Samantha.Reiter@jacksonlewis.com

*Attorneys for Defendants*